IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| KENNETH RAY WILLIAMS | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 5:10cv56 |
| JANE DOE NO. 1, ET AL. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ENTERING FINAL JUDGMENT

The Plaintiff Kenneth Ray Williams, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged deprivations of his constitutional rights. This Court ordered that the matter be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Williams has filed a motion asking that his lawsuit be dismissed. The Magistrate Judge has entered a Report recommending that this motion be granted, and no objections have been filed to the Report. The Court has reviewed the Report and has determined that it is correct. It is accordingly

ORDERED that the Plaintiff's motion to dismiss his lawsuit (docket no. 18) is hereby GRANTED. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED without prejudice on the motion of the Plaintiff. Finally, it is

ORDERED that any and all other motions which may be pending in this cause are hereby DENIED.

**SIGNED this 1st day of December, 2010.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE